

www.kmksc.com

Washington Building
Barnabas Business Center
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
Telephone (414) 962-5110
Facsimile (414) 962-8725
Email kmksc@kmksc.com

May 17, 2019

**VIA CM/ECF**

Clerk to the Honorable Brett H. Ludwig
United States Bankruptcy Court
Western District of Wisconsin

                              In re James A Borde
                              Case No. 19-10709-bhl

Dear Clerk of Court:

I am writing to confirm that my client, Falcon Leasing, agrees to waiving the 30-day hearing requirement in having its Motion for Relief from Stay or, in the Alternative, Adequate Protection Concerning Personal Property, heard on June 6, 2019.

Thank you for your attention to this matter. Please let me know if you have any questions.

Very truly yours,

KOHNER, MANN & KAILAS, S.C.

Eric R. von Helms

cc: See service list for electronic filing in this case.

*Listed in Martindale - Hubbell Bar Register of Preeminent Lawyers*