**U.S. BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**
**Honorable Brett H. Ludwig**
**June 3, 2019**

**Court Proceeding Memo and**
**Order to Counsel for the Debtor-in-Possession to Appear and Show Cause**

**3-19-10709-bhl**        **James A. Borde**            Chapter 11

**Matter:**   Final Hearing on Motion by Debtor to Incur Post-Petition Financing and Grant Lien on 2019 Crops (Doc. #63)

**Appearance:**  Tiffany Rodriguez, Attorney for the United States Trustee

The court attempted to hold a final hearing on the debtor-in-possession's motion to incur post-petition financing. The final hearing date and time were set at the May 28, 2019 preliminary hearing, at which the court ruled that the parties could appear telephonically at the final hearing if no further objections were filed. The timing and conditional telephonic nature of the final hearing are memorialized in the court's May 28, 2019 proceeding memo and in the court's May 31, 2019 order granting interim authority to incur post-petition financing and setting hearing. No further objections were filed, and thus telephone appearances were permitted for the final hearing. Nevertheless no one appeared, telephonically or otherwise, for the debtor-in-possession at the 1:00 June 3, 2019 final hearing.

Rather than denying the motion for lack of prosecution, the court continued the final hearing to **June 6, 2019** at **3:00 p.m**. by telephone. To appear by telephone, you must call the court conference line at 1-888-808-6929, and enter access code 4896101## before the scheduled hearing time.

IT IS HEREBY ORDERED that counsel for the debtor-in-possession must appear by telephone on June 6, 2019 at 3:00 p.m. and show cause for failing to appear at the June 3, 2019 hearing.

_____
Brett H. Ludwig
United States Bankruptcy Judge

√  ECF